IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BOYER, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 12-0343 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

## ORDER

AND NOW, this 25 day of January, 2013, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 9) filed April 30, 2012; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 10) filed June 1, 2012; and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 10, 2013,

**IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; (1)

2. the relief sought by Plaintiff is **DENIED**;

3. the decision of the Commissioner of Social Security is **AFFIRMED**; and

4. the Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

EDUARDO C. ROBRENO,
United States District Judge

(1) No objections were filed.